**Dewayne E. PATTERSON, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 76414.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 22, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2000.

Application for Transfer Denied
April 25, 2000.

Mark A. Grothoff, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS and LAWRENCE E. MOONEY, JJ

ORDER

PER CURIAM.

Movant, Dewayne Patterson, appeals from a judgment denying his Rule 29.15 motion for post-conviction relief.

The findings and conclusions of the motion court are based on findings of fact that are not clearly erroneous. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the judgment pursuant to Rule 84.16(b).